**Wilson WOOTEN**

v.

**COMMONWEALTH of Kentucky.**

Court of Appeals of Kentucky.

Sept. 27, 1974.

Anthony M. Wilhoit, Public Defender, Paul F. Isaacs, Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Thomas R. Emerson, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

**Darrell SLAVEN, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Sept. 27, 1974.

Anthony M. Wilhoit, Public Defender, J. Vincent Aprile, Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Kenneth W. Howe, Jr., Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice JONES, Reversing.*

**William Amos (Billy) COLVIN, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Sept. 27, 1974.

Ed W. Hancock, Atty. Gen., Guy C. Shearer, Asst. Atty. Gen., Frankfort, for appellant.

Anthony M. Wilhoit, Public Defender, William C. Ayer, Jr., Asst. Public Defender, Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEINFELD, Reversing.*

**GENERAL REFRACTORIES COMPANY, Appellant,**

v.

**Billy Lee LAYNE et al., Appellees.**

Court of Appeals of Kentucky.

Sept. 27, 1974.

Howard VanAntwerp, III and William H. Jones, Jr., Caldwell, VanAntwerp, Welch & Hughes, Ashland, for appellant.

Alvin B. Trigg and Job D. Turner, III, Lexington, Robert D. Hawkins and Thomas L. Ferreri, Dept. of Labor, Frankfort, for appellees.

Memorandum Opinion PER CURIAM, Affirming.*

* Opinion ordered not to be published.